# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
February 17, 2025

Lyle W. Cayce
Clerk

No. 24-10569
Summary Calendar

―――――――――

Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs ᴏꜰ Aᴍᴇʀɪᴄᴀ,

*Plaintiff—Appellee*,

*versus*

Mᴇʟɪssᴀ Lᴀᴅᴇᴀɴ Jᴏɴᴇs,

*Defendant—Appellant*.

―――――――――――――――――――――

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CR-333-6

―――――――――――――――――――――

Before Rɪᴄʜᴍᴀɴ, Dᴏᴜɢʟᴀs, and Rᴀᴍɪʀᴇᴢ, *Circuit Judges*.

Pᴇʀ Cᴜʀɪᴀᴍ:[*]

The attorney appointed to represent Melissa Ladean Jones has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Jones has not filed a response.

―――――――――――――――

[*] This opinion is not designated for publication. *See* 5ᴛʜ Cɪʀ. R. 47.5.

No. 24-10569

We have reviewed counsel's brief and the relevant portions of the record reflected therein. Although we concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review, counsel is reminded for future cases of his obligation to certify that the Government would rely on the defendant's appellate waiver in the particular case before moving to withdraw on that basis. *See United States v. Davis*, 530 F.3d 318, 321 (5th Cir. 2008). We also remind counsel of his obligation to meaningfully address the district court's application of the Sentencing Guidelines and compliance with Federal Rule of Criminal Procedure 32. *See Anders* Guidelines, 1-2.[1]

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

[1] *Available at* www.ca5.uscourts.gov/docs/default-source/forms-and-documents---clerks-office/forms-and-samples/andersguidelines.pdf.

2